FILED
JAMES J. VILT, JR. - CLERK
SEP 19 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY AT
BOWLING GREEN

IN THE MATTER OF:

United States of America
v.
Shawn Michael Kays

Case No. 1:24MJ-85-HBB

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your Affiant, Bradley Brown, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I, Bradley K. Brown, being duly sworn, depose and state that:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, and have been so employed since October 2019. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training Program. Prior to ATF, I was an Investigator with the Lenoir City Police Department in Lenoir City, TN and was employed in various positions during the approximate nine years I was employed there. During my career I have conducted and/or participated in numerous federal and state investigations relating to narcotics and firearms violations resulting in arrest warrants being issued and successful prosecution.

2. The information contained in this affidavit is based on my personal knowledge and experience, the investigation, and information provided by other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of a violation of Title 18 United States Code (U.S.C.) § 933(a)(1), Trafficking Firearms and 18 U.S.C. § 922(a)(5) Providing Firearm to Out of State Resident exists.

## CASE BACKGROUND

3. On 9/16/2024, a Kentucky State Police (KSP) Trooper Jake Smith conducted a traffic stop of a vehicle, a blue Chevrolet Camaro operated by Joshua ARNOLD (herein referred to as the **ARNOLD**), for a traffic violation. **ARNOLD** fled in the vehicle during his interaction

4. with the Trooper Smith. The traffic stop location was in the area of Bluebird Drive, Russell Springs, Russell County, KY at a trailer park, and the pursuit ended a short time later in the same trailer park. **ARNOLD** fled the scene on foot and as he exited his vehicle, he began firing what was later determined to be 9mm pistol at Trooper Smith.

4. After a period of time, a Russell County Sheriff's Office (RCSO) Deputy Jason Phipps, who was assisting with the search for **ARNOLD**, entered a 5th-wheel camper trailer residence in the trailer park not far from the initial shooting scene. Inside the trailer **ARNOLD** shot Deputy Phipps numerous times resulting in Deputy Phipps dying a short time later.

5. **ARNOLD** is a multi-convicted felon who was found to be in possession of a pistol that traveled in interstate commerce, the pistol is further described as a Smith & Wesson, model SD9VE, 9mm semiautomatic pistol, SN: FDE4746. As an interstate nexus expert, I have examined the markings on the firearm and have determined that it was not manufactured in the Commonwealth of Kentucky.

6. Affiant responded to the crime scene along with several other agents who are assigned to the ATF Bowling Green Field Office. I conducted a trace of the firearm. A trace is where the ATF National Tracing Center follows the records one by one of all Federal Firearms Licensee who possessed and transferred a specific firearm by serial number from the manufacture to the gun store where the initial person or initial purchaser obtained the firearm lawfully.

7. On 8/17/2024, Affiant received the trace results that showed that Shawn Michael KAYS (herein referred to as **KAYS**) who resided and still resides at 224 S 15th Street Terre Haute, IN, purchased the Smith Wesson 9mm pistol from Top Guns located at 5050 S. 7th Terre Haute, IN 47802 on 4/14/2021.

8. On 8/17/2024, ATF Indianapolis Agents responded and conducted an interview of **KAYS** at his residence, at 224 S 15th Street Terre Haute, IN. **KAYS** told agents that he was arrested in February of 2024. While in jail, **KAYS** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (recovered in Russell Springs, Russell County, KY from the officer murder investigation) from his BMW parked in front of his house on 224 S. 15th Street, Terre Haute, IN and put the firearm in his safe. **KAYS** said he did not know the pistol was missing until today when we arrived to interview him.

9. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ is a multi-convicted felon who has active arrest warrants for escape, possession of methamphetamine, and robbery. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

11. ▇▇▇ was contacted by **ARNOLD** through Facebook Messenger. ▇▇▇ was shown a picture of **ARNOLD** and was able to identify the individual pictured. In the messages, **ARNOLD** asked ▇▇▇ if he knew anyone selling pills. ▇▇▇ was staying with **KAYS** at the time and asked **KAYS** to sell pills to **ARNOLD**. **KAYS** and ▇▇▇ traveled to Russell County, Kentucky sometime between November of 2023 to January 2024 for **KAYS** to sell to **ARNOLD**. ▇▇▇ stated they drove to Kentucky in **KAYS'** blue Chevy Cruise during the nighttime. While in Russell County, **KAYS** and ▇▇▇ stayed overnight in a trailer at a trailer park belonging to "Tom-Tom" also known as David Arnold, **ARNOLD'S** brother. ▇▇▇ was shown a photograph of David Arnold and identified him as "Tom-Tom" and stated he knew him from going to school together in Florida. ▇▇▇ and **KAYS** arrived at Tom-Tom's trailer at nighttime. ▇▇▇ advised "Tom-Tom" was asleep with his wife and **ARNOLD** was being quiet upon their arrival to the trailer. ▇▇▇ advised the trailer they stayed in had a dark color brown on the upper portion and a lighter color brown on the lower portion of the trailer. ▇▇▇ described the trailer as having a nice, large deck in the back. ▇▇▇ also said that Tom-Tom had a small red SUV-type vehicle outside.

12. Affiant drove by David Arnold's residence, 297 Wayne Drive, Russell Springs, KY and viewed open-source images of the residence. On 9/18/2024, there was a small red Jeep Patriot outside and there is darker trim on the covered deck on the back of the residence. The siding is a cream or light tan color.

13. ▇▇▇ stated that **KAYS** sold **ARNOLD** approximately 30 Dilaudid pills for $30 per pill. According to ▇▇▇ it was unusual for **KAYS** to sell pills; however, he was short on rent and needed the income. **KAYS** open carried his Smith & Wesson in Kentucky which **ARNOLD** saw. **ARNOLD** asked to purchase **KAYS'** firearm that he brought. ▇▇▇ described the firearm as two-toned. ▇▇▇ stated the firearm was not all black but had some nickel color but knew it was a Smith & Wesson 9mm pistol. ▇▇▇ stated **ARNOLD** asked him multiple times to purchase the firearm. ▇▇▇ discouraged **KAYS** from selling the firearm to **ARNOLD** because **ARNOLD** is prohibited, and ▇▇▇ hasn't dealt with him in a long time. According to ▇▇▇ **KAYS** sold **ARNOLD** the firearm for approximately $400-$600. ▇▇▇ stated that **KAYS** was going to report the firearm stolen after he sold it but never did.

14. ▇▇▇ told agents that **KAYS** called ▇▇▇ yesterday stating that ATF was looking for ▇▇▇ According to ▇▇▇ **KAYS** told him to stay low and that "he shot a cop" referring to **ARNOLD**.

15. On 9/18/2024, Agents conducted a second interview of **KAYS**, wherein **KAYS** stated that he never told agents he asked ▇▇▇ to get his gun for him and secure it but that he just said to put the important stuff up from his vehicle while he, **KAYS** was in jail. He admitted to knowing that ▇▇▇ is a felon and that he still allegedly had ▇▇▇ lock up his firearm. He stated that he drove ▇▇▇ to Gatlinburg to see the Christmas lights after

       he had traveled down to Gatlinburg, TN with his family upon their return from a funeral in Florida in December of 2023. Kays admitted that they stopped in Kentucky and slept in his car while in Kentucky but that he was unsure of where in Kentucky he stayed.

16.     The affiant states that the evidence as outlined above establishes probable cause that the target of investigation, Shawn Michael **KAYS** transferred a firearm to another person in or otherwise affecting interstate commerce having reasonable cause to believe that the use, carrying, or possession of the firearm by **ARNOLD** constituted a felony in violation of 18 U.S.C. § 933(a)(1) Firearms Trafficking and 18 U.S.C. § 922(a)(5) Transferring Firearm to Out of State Residence.

*Bradley K. Brown*
Bradley K. Brown
Special Agent – ATF

Sworn to before me and subscribed pursuant to Rule 4.1 on this _____ day of September 2024.

_____
H. Brent Brennenstuhl
United States Magistrate Judge